UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| OSCAR MONTENEGRO, | ) |
| and  A CLASS OF UNKNOWN PERSONS | ) |
| SIMILARLY SITUATED, | ) No. 14 CV 3416 |
|              Plaintiffs, | ) Judge John Blakey |
| | ) Mag. Judge  D.  Martin |
|         vs. | )  JURY DEMANDED |
| | ) |
| CHIEF JUDGE OF THE CIRCUIT COURT  OF | ) |
| COOK COUNTY, ILLINOIS, | ) |
| MICHAEL ROHAN, | ) |
| CHARLES YOUNG, | ) |
| ROSE MARIE GOLDEN, | ) |
| and  UNKNOWN  PERSONS, | ) |
|              Defendants. | |

**<u>MOTION TO WITHDRAW</u>**

Sheldon Nagelberg,  counsel of record for plaintiff, seeks leave to withdraw based on the following events:

1. During the preparation of the response to the defendants' Motion For Summary Judgment, this undersigned received information on July 28 from an expert witness of such a nature that materially affected the response.

2. On July 29 this undersigned travelled to the Chicago Ridge Nursing and Rehabilitation Center and met with plaintiff, explaining the substance of the information received, and the professional conclusions as to the effect such information would have on the court's ruling on summary judgment.

3. The plaintiff  told this undersigned that he wanted to retain another counsel.

1

Respectfully submitted,


/s/ SHELDON NAGELBERG
Attorney for Oscar Montenegro

Sheldon Nagelberg
Sheldon Nagelberg, PC
53 West Jackson Boulevard
Suite 664
Chicago, Illinois 60604
Phone 312-305-5278
Email:  sbnagelberglaw@att.net