UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| OSCAR MONTENEGRO, and A CLASS OF UNKNOWN PERSONS SIMILARLY SITUATED, <br>    Plaintiffs, <br><br> vs. <br><br> CHIEF JUDGE OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS, <br> MICHAEL ROHAN, <br> CHARLES YOUNG, <br> ROSE MARIE GOLDEN, <br> and UNKNOWN PERSONS, <br>    Defendants. | No. 14 CV 3416 <br> Judge John Blakey <br> Mag. Judge D. Martin <br> JURY DEMANDED |

**PLAINTIFF'S VOLUNTARY MOTION**
**TO DISMISS CAUSE OF ACTION WITH PREJUDICE**

 Plaintiff, Oscar Montenegro, through his attorney, Sheldon Nagelberg, seeks to voluntarily dismiss this cause of action with prejudice. In support is offered the following:

 1. Subsequent to the filing of this undersigned's Motion To Withdraw, a telephone conversation was initiated on August 12 with plaintiff for the purposes of (1) confirming receipt by plaintiff of the Motion To Withdraw and Notice of Motion, (2) whether plaintiff has retained substitute counsel, and (3) whether plaintiff desired to appear via telephone on the August 23rd court hearing date, in light of his multiple sclerosis disability, for which this undersigned would make arrangements with the Court's clerk.

      2. During this August 12 telephone conversation plaintiff advised this undersigned that he had received a copy of the Motion To Withdraw, but had reconsidered his previous position regarding retaining new counsel, and that now he desired to voluntarily withdraw and dismiss this cause of action, and did not wish to seek the right to future reinstatement of the claims. Plaintiff also stated that he did not wish to appear at the August 23 hearing, and desired this undersigned to tell the Court of his changed position.

      Wherefore, plaintiff Oscar Montenegro voluntarily requests that this cause of action be dismissed with prejudice.

      Respectfully submitted,

      /s/ SHELDON NAGELBERG
      Attorney for Oscar Montenegro

Sheldon Nagelberg
Sheldon Nagelberg, PC
53 West Jackson Boulevard
Suite 664
Chicago, Illinois 60604
Phone 312-305-5278
Email:  sbnagelberglaw@att.net