**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1**
**Eastern Division**

Oscar Montenegro

                        Plaintiff,

v.                                                    Case No.: 1:14–cv–03416
                                                        Honorable John Robert Blakey

Michael Rohan, et al.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 22, 2016:

      MINUTE entry before the Honorable John Robert Blakey: Plaintiff's voluntary motion to dismiss [84] is granted, and this case is hereby dismissed with prejudice. The 8/23/16 Notice of Motion date is stricken, and the parties need not appear. All pending motions are denied as moot, and the status hearing previously set for 9/13/16 is stricken. Civil case terminated. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.